USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

Y.W. and A.L., *Individually and on behalf of themselves*   :
*and their minor child,* Y.L.,   :
  :
               Plaintiffs,   :
  :
           -v -   :
  :
NEW YORK CITY DEPARTMENT OF   :
EDUCATION; NEW YORK CITY BOARD OF   :
EDUCATION; CHANCELLOR DAVID   :
BANKS, *in his Official Capacity; and* NEW YORK   :
CITY,   :
  :
            Defendants.   :

-------------------------------------------------------------X

            1:22-cv-1036-GHW

            <u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

On March 24, 2022 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than April 7, 2022. Dkt. No. 13. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's March 24, 2022 order forthwith, and in no event later than April 21, 2022.

      SO ORDERED.

Dated: April 18, 2022
New York, New York

                             GREGORY H. WOODS
                           United States District Judge