

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/01/2022

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Copatrick Thomas**
Phone: (212) 356-0885
Fax: (212) 356-2089
cthomas@law.nyc.gov
(not for service)

June 30, 2022

**VIA ECF**
Hon. Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 100007

    Re:    <u>Y.W. et al. v. New York City Dep't of Educ. et al.</u>
              Docket No. 22-CV-1036 (GHW) (SDA)

Dear Judge Aaron:

        I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorney for Defendants in the above-referenced action. Pursuant to Rule I.D of the Court's Individual Practices, I write to respectfully request an adjournment of the initial conference currently scheduled for July 7, 2022. Plaintiffs' counsel consents to this request.

        As the Court is aware, an initial conference is currently scheduled to take place on July 7, 2022. I will be leaving Law Department on July 6, 2022, however, to pursue other employment. As a result, my supervisors and I are currently in the process of reassigning my cases to other attorneys.[1] The new attorney assigned to this matter will need time to become acquainted with the case file and be prepared to appear at an initial conference.

        Accordingly, Defendants respectfully request an adjournment of the initial conference, from July 7, 2022 to August 8, 2022, or a date thereafter that is convenient for the Court.

        This is Defendants' first request for an adjournment of the initial conference. I have conferred with Plaintiffs' counsel, who proposed the new adjournment date above and

---

[1] There are no other attorneys in my Office currently assigned to this case.

consents to this request, provided however that Defendants will consent to Plaintiffs' request for (i) an order directing the New York State Education Department to produce the underlying administrative record, and (ii) an order providing that the Student's education records may be filed under seal. Defendants generally agree that these requests are appropriate, and will discuss the terms of a proposed order with Plaintiffs.[2]

       Thank you for your consideration of this matter.

                                              Respectfully submitted,

                                              /s/
                                            Copatrick Thomas
                                            Assistant Corporation Counsel

cc:    Attorneys of Record
       (via ECF)

Request GRANTED. The telephone conference currently scheduled for July 7, 2022, at 11:00 a.m. is rescheduled to August 15, 2022, at 11:00 a.m. SO ORDERED.
Dated: July 1, 2022

---

[2] Plaintiffs' counsel proposed a date on or after August 8, 2022 because Defendants' counsel advised that he planned to request a 30-day adjournment and extension of time, but Plaintiffs' counsel will be out of the office for the last week of July and first week of August.