

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   08/09/2022
```

THE CITY OF NEW YORK

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Cindy A. Singh
Phone: (212) 356-3586
Fax: (212) 356-2089
csingh@law.nyc.gov
(not for service)

August 9, 2022

<u>**VIA ECF**</u>
Hon. Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 100007

    Re: <u>Y.W. et al. v. New York City Dep't of Educ. et al.</u>
       Docket No. 22-CV-1036 (GHW) (SDA)

Dear Judge Aaron:

    I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, representing the Defendants in the above-referenced action. Pursuant to Rule I.D of the Court's Individual Practices, I write to respectfully request an adjournment of the initial conference currently scheduled for August 15, 2022 to one of the following dates: i) September 16, 2022 or ii) September 19, 2022. Counsel for both parties are available at any time on these dates. Plaintiffs' counsel consents to this request. Correspondingly, with consent of Plaintiff's counsel, I also respectfully request that the proposed case management plan be due one week in advance of the conference's adjourn date.

    I am requesting this adjournment because I am currently serving grand jury duty in Queens Supreme Court from 9:00 a.m. to 5:00 p.m. Monday through Friday, from August 1, 2022 through August 26, 2022. As such, I am unavailable on the date and time of the scheduled conference. I have recently been assigned this matter, and was not assigned to this matter at the time that the initial conference was scheduled.

    This is Defendants' second request for an adjournment of the initial conference. The first request for an adjournment was made, prior to my assignment to this case, due to the departure of the Assistant Corporation Counsel previously handling this matter. This request was on consent, and was granted. The present requested adjournment will not affect any scheduled dates, except as set forth above.

2

Accordingly, Defendants respectfully request an adjournment of the initial conference, from August 15, 2022, to September 16, 2022, September 19, 2022, or a date thereafter that is convenient for the Court.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/
Cindy A. Singh
Assistant Corporation Counsel

cc: Attorneys of Record
(via ECF)

Request GRANTED. The initial pretrial conference currently scheduled for August 15, 2022 at 9:30 a.m. is rescheduled to September 19, 2022 at 11:00 a.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. SO ORDERED.
Dated: August 9, 2022