UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Y.W. et al.,

                    Plaintiffs,

-against-

New York City Department of Education et al.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/2023

1:22-cv-01036 (GHW) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties, it is hereby ORDERED as follows:

(1) No later than February 3, 2023, Defendants shall respond to the First Amended Complaint (ECF No. 45).

(2) No later than February 17, 2023, the parties shall serve document requests, if any, upon one another.

(3) No later than March 20, 2023, the parties shall respond and/or object to any document requests and meet and confer thereafter.

(4) No later than April 3, 2023, the parties shall file a joint letter with respect to any disputes that cannot be consensually resolved. The letter shall not exceed 10 pages (5 pages each).

**SO ORDERED.**

Dated:     New York, New York
            January 17, 2023

_____
STEWART D. AARON
United States Magistrate Judge