THE LAW OFFICE OF
# ELISA HYMAN, P.C.

April 24, 2023

BY ECF
Honorable Steward D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/25/2023

Application GRANTED. SO ORDERED.
Dated: April 25, 2023

/s/ Stewart D. Aaron

Re: Y.W., et al. v. New York City Department of Education, et al.,
22-cv-1036 (GHW)(SDA)

Dear Judge Aaron:

    I represent the Plaintiffs in the above-referenced case and am submitting this joint letter on behalf of the parties with respect to Your Honor's Order dated March 31, 2023_ ( ECF No. 49) pursuant to which the parties were scheduled to submit a letter today, April 24, 2023, outlining our discovery disputes. The parties are jointly writing to request one further extension of time of one week, to May 1, 2023, to submit this letter. Further, on May 1, 2023, we request permission to each be able to submit our own letters, of up to 5 pages each, setting forth our positions relative to outstanding disputes.

    We are requesting this extension, as the parties have engaged in meet and confer discussions concerning discovery. We would like to continue to work to try to narrow the scope of our disputes, particularly as they relate to the student's individual records, including records that Defendants have obtained relating to the Record on Appeal from the State Review Officer ("SRO") which should be produced to Plaintiffs.

    In addition, in the context of discussing our discovery disputes, the parties had an opportunity to discuss settlement, and would like an extra week to see if we can get the settlement process back on track before we engage in discovery litigation.

    Thank you for Your Honor's consideration of these requests.

Respectfully submitted,

/s/
_____
Elisa Hyman, Esq.

cc: Counsel of record (*via* ECF)

1115 BROADWAY, 12TH FL.
NEW YORK, NY 10010

42 WEST 24TH STREET, 2ND FLOOR
NEW YORK, NY 10010

WWW.SPECIALEDLAWYER.COM