USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/11/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Y.W. et al.,

                      **Plaintiffs,**

-against-

New York City Department of Education et al.,

                      **Defendants.**

1:22-cv-01036 (GHW) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby ORDERED, as follows:

(1) With respect to Plaintiffs' Request for Production No. 1 (ECF No. 54-1 at 12-14), the parties shall meet and confer to seek to agree on what additional documents, if any, Defendants shall produce.

(2) With respect to Plaintiffs' Requests for Production Nos. 2 through 23 (ECF No. 54-1 at 14-23), no later than Wednesday, May 24, 2023, Plaintiffs shall serve upon Defendants more narrowly tailored document requests, and also may serve requests for admission in place and stead of one or more document requests;

(3) Promptly after service of the requests referenced in paragraph 2 hereof, the parties shall meet and confer regarding such requests;

(4) On Wednesday, May 31, 2023, the parties shall file a joint letter setting forth any remaining disputes regarding Plaintiffs' Request for Production No. 1, and any disputes regarding the requests served by Plaintiffs on May 24, 2023.

(5) The Court is amenable to extending the foregoing deadlines on consent of the parties or for good cause shown.

**SO ORDERED.**

Dated:   New York, New York
         May 11, 2023

_____
STEWART D. AARON
United States Magistrate Judge